No. 89–7802.   HUDSON v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 89–7803.   POPE v. ALABAMA.   Sup. Ct. Ala.   Certiorari denied.

No. 89–7804.   ARBEL v. TURGEON RESTAURANTS OF NIAGARA FALLS, INC.   App. Div., Sup. Ct. N. Y., 4th Jud. Dept.   Certiorari denied.

No. 89–7805.   BAILEY v. MARYLAND.   Ct. App. Md.   Certiorari denied.

No. 89–7807.   WILDER v. FLORIDA.   Dist. Ct. App. Fla., 2d Dist.   Certiorari denied.

No. 89–7808.   WILLIAMS v. CHRANS, WARDEN.   C. A. 7th Cir. Certiorari denied.

No. 89–7809.   SARTI-TINOCO v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 89–7810.   HERRON v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 89–7812.   MILTON v. YINGST ET AL.   C. A. 11th Cir. Certiorari denied.

No. 89–7813.   HEDERSON v. TATE, WARDEN.   C. A. 6th Cir. Certiorari denied.

No. 89–7814.   OSORIO v. UNITED STATES.   C. A. 1st Cir. Certiorari denied.

No. 89–7815.   LOCKLEAR v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 89–7816.   BRECKENRIDGE v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 89–7817.   MARTIN v. FARNAN.   C. A. 3d Cir.   Certiorari denied.

No. 89–7818.   MACGUIRE v. RASMUSSEN.   C. A. 4th Cir. Certiorari denied.

No. 89–7819.   CHRISTENSEN v. CITY OF MONTICELLO.   Sup. Ct. Utah.   Certiorari denied.